UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 11, 2025     **Time:** 9:10 – 9:39     **Judge:** BETH LABSON FREEMAN
**Total Time:** 29 Minutes

**Case No.:** 5:23-cr-00241-BLF-2     **Case Name:** UNITED STATES v. McDaniel

**Attorney for Plaintiff:** Neal Hong
**Attorney for Defendant:** Varell Fuller Appearing for Francis McDaniel - P/NC
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Tiffany Salinas-Harwell      **Reported by:** Stephen Franklin - Remote
**Interpreter:** N/A                           **Probation Officer:** N/A

## PROCEEDINGS

**CAHNGE OF PLEA**

**Change of Plea Hearing held.**

**Plea Agreement Executed in Open Court.**

**The Defendant Pleads GUILTY to COUNTS 1, 7, 8, 9, 10, and 11 of the Indictment filed on 8/3/2023.**

**Case Referred to Probation for Preparation of a Presentencing Report.**

**CASE CONTINUED TO: July 15, 2025, at 9:00 a.m. for Sentencing.**

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody                             **Courtroom Deputy**
**I:** Interpreter                                            **Original E-Filed**