UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** September 30, 2025   **Time:** 10:10-10:48 AM   **Judge:** BETH LABSON FREEMAN
**Total Time:** 38 Minutes

**Case No.:** 5:23-CR-00241-BLF-2   **Case Name:** UNITED STATES v. Francis McDaniel

**Attorney for Plaintiff:** Neal Hong
**Attorney for Defendant:** Varell Fuller Appearing for Francis Lee McDaniel – P/NC
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Nicole Coleman   **Court Reporter:** Summer Fisher
**Probation Officer:** Cindy Suntay

PROCEEDINGS

**SENTENCING**

**Sentencing Hearing held.**

**The Defendant is Sentenced as to COUNTS 1, 7, 8, 9, 10, and 11 of the Indictment filed on 8/3/2023 to the Custody of the Bureau of Prisons for a term of 12 Months and 1 Day: 12 Months and 1 Day as to COUNTS 1, 7, 8, 9, 10, and 11, all terms to run concurrently; Followed by a term of 3 Years Supervised Release: 3 Years as to Counts 1, 7, 8, 9, 10, and 11, all terms to run concurrently.**

**The Court Orders Special Assessment in the amount of $600.00; Fine Waived; and Restitution in the amount of $296,400.00 as stated on the record.**

**The Court Recommends Participation in the RDAP program and designation at a camp facility, consistent with his classification.**

**The Defendant is Ordered to Self-Surrender no later than 2:00 p.m. on 12/18/2025.**

///

*Nicole Coleman*
**Courtroom Deputy**
**Original: Efiled**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter